1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER RAMIREZ-RIVERA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　Respondents. | Case No. 2:19-cv-00542-APG-PAL<br><br>**ORDER** |

　　　　IT IS ORDERED that the respondents shall file a response, including addressing whether this court has jurisdiction, to petitioner Javier Ramirez-Rivera's emergency motion (ECF No. 2), by 12:00 Noon PDT on Thursday, April 4, 2019.

　　　　IT IS FURTHER ORDERED that petitioner Ramirez-Rivera shall immediately serve the respondents with the petition, the emergency motion for stay of removal, and a copy of this order. Due to the exigency of this matter, in addition to service under Federal Rule of Civil Procedure 4, petitioner Ramirez-Rivera shall also send these documents immediately by email, facsimile, or hand delivery to the United States Attorney's Office for the District of Nevada and to the Attorney General of the United States at Washington, D.C.

　　　　DATED:　April 2, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　United States District Judge

1