UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER RAMIREZ-RIVERA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-00542-APG-PAL<br><br>**Order Denying Motion to Lift Stay and Reopen Case**<br><br>[ECF Nos. 14, 16] |

　　　I previously stayed this case while petitioner Javier Ramirez-Rivera pursued his remedies from the Board of Immigration Appeals (BIA). ECF No. 13.  The Government now moves to lift the stay and reopen the case because the BIA proceedings have concluded. ECF Nos. 14, 16. Ramirez-Rivera has a separate appeal of an earlier BIA ruling pending at the Ninth Circuit; that court likewise has issued a stay order.  I see no harm in having two simultaneous stay orders pending and no need to lift the stay in this case at this time.

　　　I THEREFORE ORDER that the Government's motion to lift the stay and reopen this case **(ECF Nos. 14, 16) is denied without prejudice.**

　　　DATED THIS 27th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE